IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| THOMAS LEE LACY, JR., )<br>   )<br>   Plaintiff, )<br>   )<br>   v. )<br>   )<br>C/O LADARIUS BALDWIN, )<br>   )<br>   Defendant. ) | CIVIL ACTION NO.<br>2:20cv294-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit challenging an alleged use of excessive force against him by the defendant correctional officer and inadequate medical treatment for injuries sustained during the incident. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 21st day of August, 2020.

                                          /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**